$10 costs and disbursements, but with leave to renew on further papers on payment of the costs of this appeal.

BAGG, Respondent, v. VILLAGE OF CLINTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Martha E. Bagg against the village of Clinton. No opinion. Judgment and order affirmed, with costs. All concur.

BAKER et al. v. BROWN et al. (Supreme Court, Appellate Division, Fourth Department. April, 1896.) Action by Jane A. Baker and another against Thomas Brown and others. No opinion. Order affirmed, with costs.

BAKER, Appellant, v. MAKEPEACE, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Henry N. Baker against Lila Makepeace. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

BALDWIN, Respondent, v. HEWLETT, Appellant. (Supreme Court, Appellate Division, Second Department. October 27, 1896.) Action by Jesse Baldwin against Samuel M. Hewlett. No opinion. Judgment and order affirmed, with costs. All concur.

BALL, Appellant, v. BALL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Jasper C. Ball against Alvin Ball and Edgar Ball. No opinion. Order affirmed, without costs. All concur.

BALMFORD, Respondent, v. GRAND LODGE OF ANCIENT ORDER OF UNITED WORKMEN OF STATE OF NEW YORK, Appellant. (City Court of New York, General Term. October 30, 1896.) Action by Thomas Balmford, as temporary administrator of Alfred Fogarty, deceased, against the Grand Lodge of the Ancient Order of United Workmen of the State of New York. J. B. Brevoort, for appellant. J. B. Hands, for respondent.

FITZSIMONS, J. The plaintiff was not required to prove the death of Fogarty's father and mother before his death, or any other allegation contained in paragraph 4 of the complaint, because of defendant's answer. Besides, at folio 291 it appears from the statement of defendant's counsel that the only defense herein was that the fund sued for herein was payable directly to those entitled to it, and not to plaintiff, as administrator, or that it reverted to the defendant because of the failure of plaintiff's testator to designate a beneficiary. This defense is without merit, in our opinion, and a complete answer was made to it by the trial justice in his opinion filed upon the denial of the motion made by defendant for a new trial herein; and for the reason therein assigned we think that this judgment should be affirmed, with costs, and it is so ordered. All concur. See 37 N. Y. Supp. 645.

BANKER, Respondent, v. POSTAL TEL. CABLE CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1896.) Action by Isaac Banker against the Postal Telegraph Cable Company. No opinion. Judgment and order affirmed, with costs. All concur.

In re BARBER'S WILL. (Supreme Court, Appellate Division, Fourth Department. April, 1896.) Proceeding for the probate of the will, etc., of Mary E. Barber, deceased. No opinion. Motion denied. Order settled, marked, and filed with the clerk. Ward, J., dissenting. See 37 N. Y. Supp. 235, and 40 N. Y. Supp. 1139.

BARMANN, Appellant, v. BATHIER, Respondent. (Supreme Court, Appellate Division, Third Department. December 2, 1896.) Action by Peter Barmann against Conrad Bathier. No opinion. Judgment affirmed, with costs. All concur.

BECKLEY, Respondent, v. NELLIGAR, Appellant. (Supreme Court, Appellate Division, Third Department. December 2, 1896.) Action by Daniel Beckley against James D. Nelligar. No opinion. Judgment and order affirmed, with costs. All concur.

BEDELL v. NORTH SIDE PUB. CO. (Supreme Court, Appellate Division, First Department. November 13, 1896.) Action by Elizabeth W. Bedell against the North Side Publishing Company. No opinion. Motion denied, upon payment of $10 costs, in order that the appellant may move before the court below to have his default opened, and his case regularly signed and filed.

BELL et al., Respondents, v. HOLMES, Appellant. (Supreme Court, Appellate Division, Third Department. December 2, 1896.) Action by Edmund R. Bell and others against William E. Holmes. No opinion. Judgment affirmed, with costs. All concur.

BENDHEIM, Respondent, v. KERBS et al., Appellants. (Supreme Court, Appellate Division, First Department. June, 1896.) Action by Henry M. Bendheim against Adolf Kerbs and Louis Stern. No opinion. Order, as modified, affirmed, with $10 costs and disbursements, and appeal from order denying motion for resettlement dismissed, with $10 costs.

BENEDICT v. ARNOUX et al. (Supreme Court, Appellate Division. First Department. November 13, 1896.) Action by Elias C. Benedict against George T. Arnoux and another. No opinion. Motion dismissed by default. See 38 N. Y. Supp. 882, and 39 N. Y. Supp. 793.

BENEDICT v. ARNOUX. (Supreme Court, Appellate Division, First Department. November 20, 1896.) Action by Elias C. Benedict against George T. Arnoux. No opinion. Motion granted. See supra.

BILLINGS, Respondent, v. FOSTER, Appellant. (Supreme Court, Appellate Division, Second Department. December 8, 1896.) Action